THE STATE EX REL. HAMMOCK, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Hammock v. Indus. Comm.* (2001), 91 Ohio St.3d 248.]

(No. 00–1589—Submitted February 27, 2001—Decided April 4, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

*Gallon & Takacs Co., L.P.A.,* and *Theodore A. Bowman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Kegler, Brown, Hill & Ritter, Timothy T. Tullis* and *David M. McCarty,* for appellee R.R. Donnelley & Sons Co.